No. D–2259. IN RE DISCIPLINE OF WISEHART. Arthur McKee Wisehart, of New York, N. Y., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2260. IN RE DISCIPLINE OF MERCER. S. Hal Mercer IV, of Brooklyn, N. Y., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2261. IN RE DISCIPLINE OF MCPHEE. William Craig McPhee, of Holbrook, Mass., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2262. IN RE DISCIPLINE OF ESTRINE. Andrew B. Estrine, of Boca Raton, Fla., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2263. IN RE DISCIPLINE OF LALLO. John Francis Lallo, of Westerly, R. I., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2264. IN RE DISCIPLINE OF GOLDSTEIN. Jerrold D. Goldstein, of North Plainfield, N. J., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2265. IN RE DISCIPLINE OF DON. Berek Paul Don, of Englewood Cliffs, N. J., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.